# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135250

TAMARA CIARAMITARO,

       Plaintiff-Appellant,

v

GREEKTOWN CASINO, LLC and
FAIRMONT INSURANCE COMPANY,

       Defendant-Appellee
and

ACCIDENT FUND INSURANCE
of AMERICA,

       Defendant.

_____

SC: 135250
CoA: 279388
WCAC 06-0102

      On order of the Chief Justice, it appearing that an agreement to redeem liability in this case has been approved, the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

_____
Clerk